IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| **MICHELLE DESPAIN,** | **PLAINTIFF** |
| VS. | No. 3:12-cv-00105 KGB |
| **THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY** | **DEFENDANT/COUNTERCLAIMANT IN INTERPELADER** |

_____

| | |
|---|---|
| **THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY** | **THIRD-PARTY COMPLAINANT IN INTERPLEADER** |
| VS. | |
| **JACK DESPAIN and TANA DESPAIN, IN THEIR INDIVIDUAL CAPACITIES** | **THIRD-PARTY DEFENDANTS** |

### ORDER

Plaintiff Michelle Despain has moved to stay all deadlines in this matter pending disposition of her criminal case (Dkt. No. 20). She seeks payment of benefits under a life insurance policy issued to her spouse Marc E. Despain. On May 23, 2012, she was charged in connection with Mr. Despain's death. The criminal matter is scheduled to be tried in October 2012 but, according to Ms. Despain, will likely be continued until 2013. Ms. Despain claims she is unable to comply with discovery as a result of an assertion of her Fifth Amendment rights. Ms. Despain's motion to stay is granted. The case is stayed. All parties are directed to file a status report with the Court six months from the date of this Order.

SO ORDERED this 14th day of September, 2012.

_____
Kristine G. Baker
United States District Judge