**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**MICHELLE DESPAIN,**                                                   **PLAINTIFF**

VS.                         No. 3:12CV00105 KGB

**THE NORTHWESTERN MUTUAL**          **DEFENDANT/COUNTERCLAIMANT
LIFE INSURANCE COMPANY**               **IN INTERPELADER**

_____

**THE NORTHWESTERN MUTUAL**          **THIRD-PARTY COMPLAINANT
LIFE INSURANCE COMPANY**               **IN INTERPLEADER**

VS.

**JACK DESPAIN and TANA DESPAIN,**        **THIRD-PARTY DEFENDANTS
IN THEIR INDIVIDUAL CAPACITIES**

## ORDER OF DISBURSEMENT

On May 10, 2013, the Court entered an Order granting in part the motion for attorney's fees and costs and amended motion for attorney's fees and costs filed by defendant, counterclaimant, and third-party claimant in interpleader Northwestern Mutual Life Insurance Company ("Northwestern Mutual"), finding that Northwestern Mutual is entitled to recover attorney fees in the amount of $10,125.00 and costs in the amount of $69.30, for a total of $10,194.30 from the funds on deposit in the Court's registry. Pursuant to Local Rule 67.1, the Clerk of the Court is directed to disburse to Northwestern Mutual from the funds on deposit in the Court's registry the sum total of $10,194.30, said funds to be disbursed to "Northwestern Mutual Life Insurance Company" as payee and delivered to Northwestern Mutual's counsel of record in this action at the following address: Attn: Walter D. Willson, Wells Marble & Hurst, PLLC, 300 Concourse Blvd., STE 200, Ridgeland, Mississippi 39157.

2

SO ORDERED this 5th day of August, 2013.

_____
Kristine G. Baker
United States District Judge

**SUBMITTED BY:**

_/s/ Walter D. Willson_____
Walter D. Willson
WELLS MARBLE & HURST, PLLC
300 Concourse Blvd., Suite 200
Ridgeland, Mississippi 39157
Post Office Box 131
Jackson, Mississippi  39205-0131
Telephone:  (601) 605-6900
wwillson@wellsmar.com
Counsel for Northwestern Mutual Life
Insurance Company