IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MICHELLE DESPAIN,**                                                                                          **PLAINTIFF**

VS.                                               **Case No. 3:12-cv-00105 KGB**

**THE NORTHWESTERN MUTUAL**                            **DEFENDANT/COUNTERCLAIMANT**
**LIFE INSURANCE COMPANY**                                 **IN INTERPELADER**

---

**THE NORTHWESTERN MUTUAL**                            **THIRD-PARTY COMPLAINANT**
**LIFE INSURANCE COMPANY**                                 **IN INTERPLEADER**

VS.

**JACK DESPAIN and TANA DESPAIN,**                     **THIRD-PARTY DEFENDANTS**
**IN THEIR INDIVIDUAL CAPACITIES**

## ORDER

The parties have filed a joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Dkt. No. 35). Pursuant to the parties' joint stipulation, all claims and counterclaims in this action are dismissed with prejudice.

SO ORDERED this the 23rd day of September, 2015.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge